## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02125-RPM-BNB

MARIE PAYNE BENNETT,

      Plaintiff,

v.

PORTFOLIO RECOVERY ASSOCIATES, LLC, a Delaware limited liability company,

      Defendant.

_____

## STIPULATION OF DISMISSAL WITH PREJUDICE
_____

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by their respective undersigned attorneys of record pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) that the above-entitled action has been settled and the parties hereby stipulate to its dismissal on its merits with prejudice with each party to pay her or its own attorney's fees and costs, and pray that a judgment of dismissal with prejudice and on the merits be entered in the above entitled action pursuant hereto.

Dated: November 18, 2009.

Respectfully submitted,

s/ David M. Larson                                    s/ Louis Leonard Galvis

_____                    _____

David M. Larson, Esq.                               Louis Leonard Galvis, Esq.
405 S. Cascade Avenue, Suite 305        Sessions, Fishman, Nathan & Israel, LLP
Colorado Springs, Colorado 80903         645 Stonington Lane
Telephone: (719) 473-0006                      Ft. Collins, CO 80525
Attorney for Plaintiff                                   Telephone: (970) 223-4420
                                                                      Attorneys for Defendant